DALE A. AMATO, ESQ. (SBN 137965)
BERGER KAHN, A Law Corporation
10085 Carroll Canyon Rd.
Suite 210
San Diego, CA 92131
Tel: (858) 547-0075 • Fax: (858) 547-0175

ORIGINAL FILED
MAR 0 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Defendant NATIONAL FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WERMERS MULTI-FAMILY CORP. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a business entity of unknown form and DOES 1 through 50,<br><br>Defendant. | CASE NO: '08 CV 0415 L POR<br><br>SDSC Case No. 37-2008-00077280-CU-IC-CTL<br><br>**DEMAND FOR JURY**<br><br>Date Complaint Filed: February 4, 2008 |

TO THE COURT AND TO THE PLAINTIFFS AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the Defendant, National Fire & Marine Insurance Company ("NFMIC"), hereby demands a trial by jury in this matter.

1

**JURY DEMAND**

DATED: March 4, 2008

BERGER KAHN
A Professional Law Corporation

By: /s/ Dale Amato
DALE AMATO, ESQ.
Attorneys for Defendant, NATIONAL FIRE & MARINE INSURANCE COMPANY