**ORIGINAL**

DALE A. AMATO, ESQ. (SBN 137965)
BERGER KAHN, A Law Corporation
10085 Carroll Canyon Rd.
Suite 210
San Diego, CA 92131
Tel: (858) 547-0075 • Fax: (858) 547-0175



FILED
MAR 0 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Attorneys for Defendant NATIONAL FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WERMERS MULTI-FAMILY CORP. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a business entity of unknown form and DOES 1 through 50,<br><br>Defendant. | CASE NO: '08 CV 0415 L POR<br><br>SDSC Case No. 37-2008-00077280-CU-IC-CTL<br><br>**DEFENDANT NATIONAL FIRE & MARINE INSURANCE COMPANY'S NOTICE OF RELATED CASES**<br><br>Date Complaint Filed: February 4, 2008 |

TO THE COURT AND TO THE PLAINTIFFS AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the undersigned, legal counsel of record for National Fire & Marine Insurance Company ("NFMIC") advises that the underlying construction defect case,

1

**NOTICE OF RELATED CASES**

1  *Monarch Hills Condominium Assn. v. Wermers Multi-Family Corp., et. al.*, Orange County
2  Superior Court Case No. 06 CC 00068, may qualify as related case pursuant to CivLR 40.1e.

3
4  DATED: March 4. 2008                BERGER KAHN
                                       A Professional Law Corporation
5
6                                      By: /s/ Dale Amato
7                                      DALE AMATO, ESQ.
                                       Attorneys for Defendant, NATIONAL FIRE &
8                                      MARINE INSURANCE COMPANY

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BERGER KAHN
*A Law Corporation*
10085 Carroll Canyon Rd., Suite 210
San Diego, CA 92131

**NOTICE OF RELATED CASES**