DALE A. AMATO, ESQ. (SBN 137965)
BERGER KAHN, A Law Corporation
10085 Carroll Canyon Rd.
Suite 210
San Diego, CA 92131
Tel: (858) 547-0075 • Fax: (858) 547-0175

FILED ORIGINAL
MAR 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Attorneys for Defendant NATIONAL FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WERMERS MULTI-FAMILY CORP. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a business entity of unknown form and DOES 1 through 50,<br><br>Defendant. | CASE NO: 08 CV 0415 L POR<br><br>SDSC Case No. 37-2008-00077280-CU-IC-CTL<br><br>**CERTIFICATION OF INTERESTED PARTIES**<br><br>Date Complaint Filed: February 4, 2008 |

TO THE COURT AND TO THE PLAINTIFFS AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the undersigned, legal counsel of record for Defendant National Fire & Marine Insurance Company ("NFMIC"), certifies that the following listed

parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal:

1. NFMIC is informed and believes that the Plaintiff was, at the time of filing this action, and still is, a citizen of the State of California. Specifically, the Plaintiff is a California corporation. (Complaint, ¶ 1.)

2. NFMIC was, at the time the complaint was filed, as still is, incorporated under the laws of the State of Nebraska. NFMIC's principal place of business is located in Omaha, Nebraska.

3. NFMIC was, at the time the complaint was filed, as still is, a wholly owned subsidiary of Berkshire Hathaway Inc. which is a publicly owned corporation. Also, National Fire & Marine Insurance Company is also an affiliate of Wesco Insurance Company, a publicly owned corporation.

DATED: March 4, 2008

BERGER KAHN
A Professional Law Corporation

By: _____
DALE AMATO, ESQ.
Attorneys for Defendant, NATIONAL FIRE & MARINE INSURANCE COMPANY

2

CERTIFICATION OF INTERESTED PARTIES