```
DALE A. AMATO, ESQ. (SBN 137965)
BERGER KAHN, A Law Corporation
10085 Carroll Canyon Rd.
Suite 210
San Diego, CA 92131
Tel: (858) 547-0075 • Fax: (858) 547-0175
```



FILED
MAR 0 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  CP  DEPUTY

ORIGINAL

Attorneys for Defendant NATIONAL FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WERMERS MULTI-FAMILY CORP. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INSURANCE COMPANY, a business entity of unknown form and DOES 1 through 50,<br><br>Defendant. | CASE NO: '08 CV 0415 L POR<br><br>SDSC Case No. 37-2008-00077280-CU-IC-CTL<br><br>**DEFENDANT NATIONAL FIRE & MARINE INSURANCE COMPANY'S NOTICE OF FINANCIAL DISCLOSURE**<br><br>Date Complaint Filed: February 4, 2008 |

TO THE COURT AND TO THE PLAINTIFFS AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that the undersigned, legal counsel of record for Defendant National Fire & Marine Insurance Company ("NFMIC"), pursuant to Local Rule 40.2, files the following Notice of A Party with Financial Interest:

1

**NOTICE OF FINANCIAL DISCLOSURE**

- National Fire & Marine Insurance Company is a wholly owned subsidiary of Berkshire Hathaway Inc. which is a publicly owned corporation.
- National Fire & Marine Insurance Company is also an affiliate of Wesco Insurance Company, a publicly owned corporation.

DATED: March 4, 2008

BERGER KAHN
A Professional Law Corporation

By: _____
DALE AMATO, ESQ.
Attorneys for Defendant, NATIONAL FIRE & MARINE INSURANCE COMPANY

2

NOTICE OF FINANCIAL DISCLOSURE